**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 98-7543**

————————————

JOSEPH HUGO GIBBS,

                                        Plaintiff - Appellant,

        versus

MICHAEL W. MOORE; DOUG CATOE; WALDO PEARSON,

                                        Defendants - Appellees.

————————————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior District Judge.  (CA-97-1504)

————————————

Submitted:  January 21, 1999        Decided:  February 9, 1999

————————————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Joseph Hugo Gibbs, Appellant Pro Se.  Daniel Malloy McEachin, Jr., Florence, South Carolina, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Hugo Gibbs appeals three district court orders, the first affirming a magistrate judge's order denying Gibbs' motion to compel and motion for sanctions in Gibbs' action filed pursuant to 42 U.S.C.A. § 1983 (West Supp. 1998), the second a district court order accepting the magistrate judge's recommendation to grant Defendants summary judgment in the action, and the third a district court order denying his motion for a new trial and motion to amend the order granting Defendants summary judgment. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gibbs v. Moore, No. CA-97-1504 (D.S.C. Sept. 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED